# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BOULAS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>    Defendants. | Case No. 1:17-cv-01588-LJO-SAB<br><br>ORDER CONTINUING MANDATORY SCHEDULING CONFERENCE AND REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>FIVE DAY DEADLINE |

Plaintiff Matthew Boulas filed this action on November 29, 2017. (ECF No. 1.) On November 30, 2017, the summonses and scheduling order issued. (ECF Nos. 2, 3.) The scheduling order provides that Plaintiff is to serve the complaint in compliance with Rule 4 of the Federal Rules of Civil Procedure and to promptly file proofs of service. (ECF No. 3 at 1-2.) The scheduling conference in this action is currently set for February 20, 2018, and as of today, no proof of service has been filed and the defendants have not appeared in this action.

Accordingly, IT IS HEREBY ORDERED that:

1. Within five days of the date of entry of this order, Plaintiff shall file a notice informing the Court of the status of service in this action;

2. The scheduling conference set for February 20, 2018, is CONTINUED to **April 17, 2018 at 2:00 p.m.** in Courtroom 9; and

3. The parties shall file a joint scheduling report seven (7) days prior to the

scheduling conference.

IT IS SO ORDERED.

Dated:   **February 12, 2018**

_____
UNITED STATES MAGISTRATE JUDGE