# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MATTHEW BOULAS, | Case No. 1:17-cv-01588-LJO-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT ISSUE FOR FAILURE TO COMPLY WITH COURT ORDER |
| v. | |
| UNITED STATES POSTAL SERVICE, et al., | FIVE DAY DEADLINE |
| Defendants. | |

Plaintiff Matthew Boulas filed this action on November 29, 2017. (ECF No. 1.) On November 30, 2017, the summonses and scheduling order issued. (ECF Nos. 2, 3.) The scheduling order provides that Plaintiff is to serve the complaint in compliance with Rule 4 of the Federal Rules of Civil Procedure and to promptly file proofs of service. (ECF No. 3 at 1-2.) As no proof of service had been filed and the defendants had not appeared in this action, the Court issued an order on February 12, 2018, which was served on Plaintiff on February 13, 2018. (ECF No. 4.) The order required Plaintiff to file a notice informing the Court of the status of service of this action within five days of the date of entry of the order. (ECF No. 4.) Plaintiff has not filed a notice informing the Court of the status of service of this action or otherwise responded to the Court's order.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all

1

sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that, within five (5) days from the date of service of this order, Plaintiff shall show cause in writing why sanctions should not issue for the failure to comply with the Court's order requiring Plaintiff to file a notice informing the Court of the status of service of this action. **Plaintiff is forewarned that the failure to show cause may result in the imposition of sanctions, including the dismissal of this action.**

IT IS SO ORDERED.

Dated: **February 21, 2018**

_____
UNITED STATES MAGISTRATE JUDGE