# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BOULAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01588-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO PERSONALLY APPEAR FOR ORDER TO SHOW CAUSE HEARING ON MARCH 7, 2018 |

Plaintiff Matthew Boulas filed this action against the United States Postal Service and Christopher Andrew Bradley on November 29, 2017. The summonses and new civil case documents issued on November 30, 2017. An initial scheduling conference was set for February 20, 2018. On February 13, 2018, an order issued continuing the mandatory scheduling conference as the return of summons had not been filed in the action. The February 13, 2018 order required Plaintiff to file a notice of the status of service within five days. No notice of the status of service was filed.

On February 21, 2018, an order issued requiring Plaintiff to show cause why sanctions should not be imposed for the failure to comply with the February 13, 2018 order. Plaintiff was to file a response within five days and was forewarned that failure to show cause may result in the imposition of sanction, including the dismissal of this action. Plaintiff did not respond to the February 21, 2018 order.

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall **personally appear** before United States Magistrate Judge Stanley A. Boone, at the United States Courthouse, 2500 Tulare St., Fresno, California, Courtroom 9, on **Wednesday, March 7, 2018 at 10:00 a.m.**, to show cause why sanctions should not be imposed for the failure to comply with orders of this court. Failure to appear at the date and time set by this order will result in the recommendation that this action be dismissed for failure to comply with court orders.

IT IS SO ORDERED.

Dated: **February 27, 2018**

UNITED STATES MAGISTRATE JUDGE