# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BOULAS,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES POSTAL SERVICE, et al.,<br><br>  Defendants. | Case No. 1:17-cv-01588-LJO-SAB<br><br>ORDER CONTINUING ORDER TO SHOW CAUSE HEARING TO MARCH 9, 2018<br><br>(ECF No. 6) |

On February 27, 2018, an order issued requiring Plaintiff to personally appear for a hearing on March 7, 2018 at 10:00 a.m. before the undersigned to show cause why sanctions should not be imposed for the failure to comply with court orders. Due to the press of court business, the Court finds it necessary to continue the hearing.

Accordingly, the show cause hearing set for March 7, 2018 at 10:00 a.m. in Courtroom 9 is HEREBY CONTINUED to **March 9, 2018 at 10:00 a.m**. Plaintiff is ordered to personally appear at this date and time at the **United States Courthouse, 2500 Tulare St., Fresno, California, Courtroom 9**. Plaintiff is advised that failure to appear will result in the recommendation that this action be dismissed for failure to comply with court orders.

IT IS SO ORDERED.

Dated: **March 2, 2018**

UNITED STATES MAGISTRATE JUDGE